ORDERED.

**Dated:  September 24, 2024**

_____

Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| HAWKERS, LLC | Case No. 6:24-bk-05079-LVV |
| HAWKERS INTERMEDIATE, LLC | Case No. 6:24-bk-04935-LVV |
| HAWKERS TOPCO, LLC | Case No. 6:24-bk-04936-LVV |
| HAWKERS GROWTH FUND I, LLC | Case No. 6:24-bk-04937-LVV |
| HAWKERS GROWTH FUND II, LLC | Case No. 6:24-bk-04938-LVV |
| HAWKERS HOLDINGS, LLC | Case No. 6:24-bk-04940-LVV |
| HAWKERS ADDISON, LLC | Case No. 6:24-bk-05083-LVV |
| HAWKERS ASHFORD, LLC | Case No. 6:24-bk-05086-LVV |
| HAWKERS BALLANTYNE, LLC | Case No. 6:24-bk-05100-LVV |
| HAWKERS BALLSTON, LLC | Case No. 6:24-bk-05087-LVV |
| HAWKERS BETHESDA, LLC | Case No. 6:24-bk-05088-LVV |
| HAWKERS BEV CO ADDISON, LLC | Case No. 6:24-bk-05097-LVV |
| HAWKERS BEV CO, LLC | Case No. 6:24-bk-05098-LVV |
| HAWKERS CHAPEL HILL, LLC | Case No. 6:24-bk-05089-LVV |
| HAWKERS DEEP ELLUM, LLC | Case No. 6:24-bk-05090-LVV |
| HAWKERS DELRAY BEACH, LLC | Case No. 6:24-bk-05091-LVV |
| HAWKERS E. NASHVILLE, LLC | Case No. 6:24-bk-05092-LVV |
| HAWKERS FIVE POINTS, LLC | Case No. 6:24-bk-05084-LVV |
| HAWKERS FRANKLIN, LLC | Case No. 6:24-bk-05101-LVV |
| HAWKERS GREENVILLE, LLC | Case No. 6:24-bk-05102-LVV |

| | |
|---|---|
| HAWKERS HOUSTON HEIGHTS, LLC | Case No. 6:24-bk-05103-LVV |
| HAWKERS MOSAIC, LLC | Case No. 6:24-bk-05104-LVV |
| HAWKERS NEPTUNE BEACH, LLC | Case No. 6:24-bk-05094-LVV |
| HAWKERS OLD FOURTH WARD, LLC | Case No. 6:24-bk-05095-LVV |
| HAWKERS PAYROLL, LLC | Case No. 6:24-bk-05099-LVV |
| HAWKERS SOUTHEND, LLC | Case No. 6:24-bk-05096-LVV |
| HAWKERS ST. PETE, LLC | Case No. 6:24-bk-05085-LVV |
| HAWKERS WINDERMERE, LLC | Case No. 6:24-bk-05081-LVV |
| ORIENTAL HAWKERS, LLC | Case No. 6:24-bk-05080-LVV |
| Debtors. | *(Joint Administration Pending)* |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

**THIS MATTER** came before the Court without a hearing pursuant to Local Rule 1015-1 upon the *Debtors Emergency Ex Parte Motion for Joint Administration of Cases* (Doc. No. 11) (the "Motion") filed by the above-captioned debtors and debtors-in-possession (collectively, "Debtors") seeking the joint administration, for procedural purposes only, of the Debtors' above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"). Upon consideration of the Motion, the Court finds that joint administration is in the best interests of the Debtors' respective estates and creditors, and that sufficient cause exists to grant the relief requested in the Motion. Accordingly, it is

**ORDERED:**

1. The Motion (Doc. No. 11) is **GRANTED**.

2. The Debtors' Chapter 11 Cases shall be jointly administered for procedural purposes only and *In re: Hawkers, LLC* (Case No: 6:24-bk-05079-LVV) is designated as the "Lead Case."

3. The Clerk of Court shall maintain a single case docket using the Lead Case number. Hearing in these jointly administered Chapter 11 Cases shall be joint hearings unless otherwise specified.

4.      The Clerk of Court shall maintain separate claims registers and ballot files (if separate plans are filed) for each of the Bankruptcy Cases.

5.      Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders shall be filed in the Lead Case and shall bear the following joint administration caption:

| | |
|---|---|
| In re: | Chapter 11 |
| HAWKERS, LLC | Case No. 6:24-bk-05079-LVV |
| _____Lead Debtor,_____ / | *Lead Case* |
| | *Jointly Administered with* |
| Affiliated Debtor Entities (28)[1] | Case Nos:.6: 24-bk-04935 *through* 04938, 6:24-bk-04940, and 6:24-bk-05079 *through* 05104 |
| _____Debtors._____ / | |

6.      The Clerk of Court shall docket this Order in each of the Bankruptcy Cases and give notice to all CM/ECF filers and PACER users that all future filings shall be filed and docketed in the Lead Case.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Hawkers, LLC (8777); Hawkers Intermediate, LLC (9232); Hawkers TopCo, LLC (0704); Hawkers Growth Fund I, LLC (6812); Hawkers Growth Fund II, LLC (0231); Hawkers Holdings, LLC (8823); Hawkers Addison, LLC (6906); Hawkers Ashford, LLC (1029); Hawkers Ballantyne, LLC (4854); Hawkers Ballston, LLC (4307); Hawkers Bethesda, LLC (5253); Hawkers Bev Co Addison, LLC (5340); Hawkers Bev Co, LLC (2984); Hawkers Chapel Hill, LLC (6626); Hawkers Deep Ellum, LLC (8562); Hawkers Delray Beach, LLC (5191); Hawkers E. Nashville, LLC (2393); Hawkers Five Points, LLC (5305); Hawkers Franklin, LLC (2877); Hawkers Greenville, LLC (4812); Hawkers Houston Heights, LLC (7119); Hawkers Mosiac, LLC (5160); Hawkers Neptune Beach, LLC (5786); Hawkers Old Fourth Ward, LLC (8565); Hawkers Payroll, LLC (2498); Hawkers Southend, LLC (4124); Hawkers St. Pete, LLC (1967); Hawkers Windermere, LLC (5669); and oriental Hawkers, LLC (5428).  The Debtors' corporate headquarters is located at 54 West Church Street, Suite 250-251, Orlando, FL 32801.

7.     The following papers shall be filed in the separate Bankruptcy Cases, captioned with the name and case number for that particular case:

    a.  List of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure;

    b.  Schedules and statements of financial affairs (and any amendments thereto);

    c.  Claims (and any objections to claims and notices relating to transfers of claims);

    d.  Ballots (if separate plans are filed); and

    e.  Motions for final decree.

8.     Each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

9.     Papers and orders that pertain to one or more specific Debtor(s) shall be filed in the Lead Case; however, the caption of the paper or order shall designate the specific Debtor(s) to which the paper or order applies. The caption of the paper and or order shall be in the following form:

| | |
|---|---|
| In re: | Chapter 11 |
| HAWKERS, LLC | Case No. 6:24-bk-05079-LVV |
|         Lead Debtor, / | *Lead Case* |
| | *Jointly Administered with* |
| Affiliated Debtors (28)[2] | Case Nos:.6: 24-bk-04935 *through* 04938, |

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Hawkers, LLC (8777); Hawkers Intermediate, LLC (9232); Hawkers TopCo, LLC (0704); Hawkers Growth Fund I, LLC (6812); Hawkers Growth Fund II, LLC (0231); Hawkers Holdings, LLC (8823); Hawkers Addison, LLC (6906); Hawkers Ashford, LLC (1029); Hawkers Ballantyne, LLC (4854); Hawkers Ballston, LLC (4307); Hawkers Bethesda, LLC (5253); Hawkers Bev Co Addison, LLC (5340); Hawkers Bev Co, LLC (2984); Hawkers Chapel Hill, LLC (6626); Hawkers Deep Ellum, LLC (8562); Hawkers Delray Beach, LLC (5191); Hawkers E. Nashville, LLC (2393); Hawkers Five Points, LLC (5305); Hawkers Franklin, LLC (2877); Hawkers Greenville, LLC (4812); Hawkers Houston Heights, LLC (7119); Hawkers Mosiac, LLC (5160); Hawkers Neptune Beach, LLC (5786); Hawkers Old Fourth Ward, LLC (8565); Hawkers Payroll, LLC (2498); Hawkers Southend, LLC (4124); Hawkers St. Pete, LLC (1967); Hawkers Windermere, LLC (5669); and Oriental Hawkers, LLC

6:24-bk-04940, and
6:24-bk-05079 *through 05104*

_____
              Debtors.                          /

[NAME OF SPECIFIC DEBTOR]          Applicable Case No. 6:24-bk-_____-LVV

_____
        Applicable Debtor.                      /

10.     Debtors-in-possession, or if applicable, trustees, shall not commingle assets or liabilities unless and until the Court determines, after notice and hearing, that grounds exist to order substantive consolidation of the Bankruptcy Cases.

11.     If creditors are added to the matrices of the administratively consolidated Debtors, counsel for the Debtors shall serve this Order on all added creditors and file proof of such service in the Lead Case.

12.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13.     The Court retains jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

###

*R. Scott Shuker, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*

_____

(5428).  The Debtors' corporate headquarters is located at 54 West Church Street, Suite 250-251, Orlando, FL 32801.